IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-mj-00298-MU |
| | ) | |
| ALEXANDER HILTON RANDLES | ) | |

## NOTICE OF DISMISSAL OF COMPLAINT

The United States of America gives notice of the dismissal with prejudice of the Complaint filed in the above-styled cause. The Complaint is dismissed in the interests of justice.

Respectfully submitted on this the 9th day of October, 2025.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF ALABAMA

*/s/ Mark E. Andreu*
Mark E. Andreu
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
Tel: (334) 223-7280
Email: mark.andreu@usdoj.gov

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA      )
                              )
v.                            )       Case No. 1:24-mj-00298-MU
                              )
ALEXANDER HILTON RANDLES      )

## CERTIFICATE OF SERVICE

I, Mark E. Andreu, Assistant United States Attorney, hereby certify that on this the 9th day

of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system, which will automatically serve a copy on all counsel of record.

> /s/ Mark E. Andreu
> Mark E. Andreu
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> E-mail: mark.andreu@usdoj.gov

2